(Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

CLINT WURTELE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:06CR40012-003

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_
HARRY F. BARNES
Name of Judge

U.S. DIST. JUDGE
Title of Judge

9/29/2006
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 29 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK